

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00158-CV

**IN RE** Lerardrick **PHILLIPS**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                 Lori I. Valenzuela, Justice
                 H. Todd McCray, Justice

Delivered and Filed: March 18, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Lerardrick Phillips, filed his petition for writ of mandamus on February 26, 2026. Phillips filed an amended petition on March 2, 2026. Having considered the petition, this Court has determined that Phillips has not established that he is entitled to the relief sought. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-EM5-01302, styled *In re G.M.P.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.